1 | PALMER, LOMBARDI & DONOHUE LLP
2 | E. Scott Palmer, Esq., SBN 155376
    888 West 6th Street, 12th Floor
3 | Los Angeles, California 90017
    Phone: (213) 688-0430
4 | Fax: (213) 688-0440

5 | Attorneys for American Express Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CAROL KLIGGE, | Case No. 1:05-CV-01519-AWI-DLB |
| Plaintiff, | [Assigned for all purposes to The Honorable Anthony W. Ishii] |
| vs. | |
| FIDELITY MORTGAGE OF CALIFORNIA, INC.; CAL-WESTERN RECONVEYANCE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHARLOTTE D. RUPP, an individual; CARESCOPE, aka REAL CARE, an unknown business entity; AMERICAN EXPRESS COMPANY; TAMMY HALL, an individual; NORA A. PADILLA, an individual; SYLVIA E. PAYAN, an individual; VISITING NURSES ASSOCIATION OF THE CENTRAL VALLEY, an unknown business entity; UNION BANK OF CALIFORNIA, an unknown business entity; BRITTANY HALL, an individual; GREENPOINT MORTGAGE, INC.; and Does 1 to 100, inclusive | **STIPULATION AND ORDER SUBSTITUTING AMERICAN TRAVEL RELATED SERVICES COMPANY, INC. IN PLACE OF AMERICAN EXPRESS COMPANY IN THE COMPLAINT; AND DISMISSING AMERICAN EXPRESS COMPANY FROM THIS ACTION, WITHOUT PREJUDICE.** |
| Defendants. | |

Plaintiff Estate of Carol Kligge ("Plaintiff") and Defendant American Express Company ("American Express"), through their counsel of record, hereby stipulate to the following:

Counsel for American Express has advised Plaintiff's counsel that the corporate entity, for

purpose of Plaintiff's claims, is American Express Travel Related Services Company, Inc. Therefore, in order to avoid unnecessary law and motion practice and for the convenience of the Court and all parties, Plaintiff and American Express stipulate that American Express Travel Related Services Company, Inc., will replace Defendant American Express Company in this action; and that American Express Company is dismissed, without prejudice.

DATED: December 6, 2005       LAW OFFICES OF SPRADLIN & FERGUSON

                                                By /s/ Daymon Ferguson, Esquire

                                                JERALYN KAY SPRADLIN
                                                DAYMON FERGUSON
                                                Attorneys for Plaintiff ESTATE OF CAROL KLIGGE

DATED: December 6, 2005       PALMER, LOMBARDI & DONOHUE LLP

                                                By /s/ E. Scott Palmer, Esquire

                                                E. SCOTT PALMER
                                                Attorneys for Defendant AMERICAN EXPRESS COMPANY

IT IS SO ORDERED.

**Dated:   December 9, 2005**           /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE