IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF CAROL KLIGGE,**  )<br>                                                         )<br>           **Plaintiff,**                         )<br>                                                         )<br>      v.                                              )<br>                                                         )<br>**FIDELITY MORTGAGE OF**      )<br>**CALIFORNIA, et al.**                  )<br>                                                         )<br>           **Defendants.**                    )<br>                                                         )<br>_____) | CIV F 05-1519 AWI DLB<br><br>ORDER VACATING<br>HEARING DATES OF MARCH<br>13, 2006, AND MARCH 20,<br>2006, AND CONTINUING<br>HEARINGS ON MOTIONS TO<br>APRIL 3, 2006 |

    This is an action by the estate of Carol Kligge ("Plaintiff") against a number of financial institutions for the alleged failure of the institutions to adequately protect Carol Kligge's financial interests and against several individuals for fraud or failure to protect from the fraud of others. On February 6, 2006, defendants Alliance Title Co., and Susan White, filed motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. On February 8, 2006, defendant Union Bank of California filed a motion to dismiss, also pursuant to Rule 12(b)(6). Hearing on each of these motions was scheduled for oral argument to be held March 13, 2006. On March 7, 2006, Plaintiff and defendants Susan White and Alliance Title Company stipulated to continue the hearing on the motions to dismiss until April 3, 2006. To the best of this court's knowledge the hearing on defendant Union Bank's motion to dismiss was not continued and no opposition to that motion has been received as of the date of this order. Plaintiff's opposition to the motion to dismiss was due not later than February 27, 2006. Because no opposition to Union Bank's motion to dismiss was filed as of the date due, the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has reviewed defendant Union Bank's motion and

has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h). The court also notes that there is a stipulated agreement to continue the hearing on the motion of defendant Fidelity Mortgage of California, which was scheduled for oral argument on March 20, 2006, to April 3, 2006.

Therefore, IT IS HEREBY ORDERED that the previously set hearing dates of March 13, 2006, and March 20, 2006, are VACATED, and no party shall appear at those times. The motion to dismiss by defendant Union Bank will be taken under submission as of April 3, 2006. The dates for hearing on the motions to dismiss of defendants Alliance Title Co., Susan White and Fidelity Mortgage of California are ordered continued to April 3, 2006.

IT IS SO ORDERED.

**Dated:   March 10, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                            UNITED STATES DISTRICT JUDGE