1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CAROL KLIGGE, ) | CIV F 05-1519 AWI DLB |
| Plaintiff, ) | |
| ) | ORDER VACATING |
| v. ) | HEARING DATE OF APRIL 3, 2006 AND TAKING MOTIONS |
| ) | UNDER SUBMISSION |
| FIDELITY MORTGAGE OF ) CALIFORNIA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

      This is an action by the estate of Carol Kligge ("Plaintiff") against a number of institutions for the alleged failure of the institutions to adequately protect Carol Kligge's financial interests and against several individuals for fraud or failure to protect from the fraud of others. Currently before the court are motions to dismiss the First Amended Complaint by defendants Alliance Title Company, Union Bank of California, N.A., Greenpoint Mortgage, Inc., Fidelity Mortgage of California, Inc., and American Travel Related Services, Inc. (collectively, "Defendants"). Hearing on each of the motions to dismiss is scheduled for April 3, 2006. The court's docket indicates no opposition has been filed to any of the motions to dismiss and consequently the motions may not be opposed at oral argument. Local Rule 78-230(b). The court has reviewed the motions to dismiss and has determined that the motions are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 3, 2006, is hereby VACATED, and no party shall appear at that time. The motions to dismiss will be taken under submission as of April 3, 2006, and the court will thereafter render its decisions.

IT IS SO ORDERED.

**Dated:    March 29, 2006**                            /s/ Anthony W. Ishii
h2ehf                                                                UNITED STATES DISTRICT JUDGE

2