UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF CAROL KLIGGE, | ) | CV F 05 1519 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING REQUEST FOR ORDER |
| v. | ) | |
| FIDELITY MORTGAGE OF CALIFORNIA, et.al., | ) | |
| Defendants. | ) | |

On March 29, 2006, Tammy Hall, a defendant in the referenced action filed a state court form entitled "Request for Orders to Stop Harassment," seeking a restraining order against three individuals, Jackie Tomberline, Tom Tomberline and Shawn Tomberline, who are not parties to this action. Hall alleges that these individuals, immediate relative of Carol Kligge, deceased, are harassing her and her family.

This Court is unable to issue any order against individuals who are not parties to a suit pending before it. Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969). In the instant action, the individuals against whom defendant Hall seeks protection are not parties to this action. Hall's motion fails to link any alleged conduct or harm to parties named in this action. In addition, Hall has not served the individuals with her motion. Because the federal court is a court of limited jurisdiction, as a threshold matter, the court must have before it a case or controversy. Flast v. Cohen, 392 U.S. 83, 88 (1968). Absent such a case or controversy, the

court has no power to hear the matter. Rivera v. Freeman, 469 F.2d 1159, 1162-1163 (9th Cir. 1972).

Accordingly, defendant Hall's motion is not properly made before this Court and the Clerk is HEREBY DIRECTED to strike document number 72 from the docket. Should defendant Hall require protection from the identified individuals, she should seek relief in the state court or from law enforcement.

IT IS SO ORDERED.

Dated: April 6, 2006                         /s/ Dennis L. Beck
3b142a                                   UNITED STATES MAGISTRATE JUDGE