# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CAROL KLIGGE, ) | CIV F 05-1519 AWI DLB |
| Plaintiff, ) | |
| ) | ORDER VACATING |
| v. ) | HEARING DATES OF JULY 31, 2006, AND AUGUST 28, 2006, AND TAKING MOTIONS UNDER SUBMISSION |
| FIDELITY MORTGAGE OF CALIFORNIA, et al. ) | |
| Defendants. ) | |

This is an action by the estate of Carol Kligge ("Plaintiff") against a number of institutions for the alleged failure of the institutions to adequately protect Carol Kligge's financial interests and against several individuals for fraud or failure to protect from the fraud of others. Currently before the court are motions for entry of final judgment by institutional defendants Greenpoint Mortgage and MERS, Inc., Fidelity Mortgage, American Travel Related Services Company, and Alliance Title Company. Hearing on these motions has been scheduled for Monday, July 31, 2006, and Monday, August 28, 2006. The court has reviewed the motions for entry of final judgment and has determined that the motions are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing dates of July 31, 2006, and August 28, 2006, are hereby VACATED, and no party that is scheduled to appear at

either of those times shall appear.  The motions to dismiss will be taken under submission as of August 28, 2006, and the court will thereafter render its decisions.

IT IS SO ORDERED.

**Dated:    July 26, 2006**         　　　　　　　　　　　　**/s/ Anthony W. Ishii**
h2ehf                                                                  UNITED STATES DISTRICT JUDGE

2