IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CAROL KLIGGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIDELITY MORTGAGE OF ) <br> CALIFORNIA, et al. ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CIV F 05-1519 AWI DLB <br><br> ORDER VACATING <br> HEARING DATE OF <br> OCTOBER 23, 2006 AND <br> TAKING MOTIONS UNDER <br> SUBMISSION |

     In this action by the estate of Carol Kligge ("Plaintiff") against a number of financial institutions, defendant Ability Mortgage, Inc. ("Ability") has noticed a motion for entry of final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  The matter was scheduled for oral argument to be held October 23, 2006.  The Court has reviewed Plaintiffs' motion.  Opposition, which was due not later than October 6, 2006, was not filed as of that date and consequently the motion may not be opposed at oral argument.  Local Rule 78-230(b).  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 23, 2006, is VACATED, and no party shall appear at that time.  As of October 23, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

1  IT IS SO ORDERED.

2  **Dated:   October 18, 2006**                    **/s/ Anthony W. Ishii**
   h2ehf                                            UNITED STATES DISTRICT JUDGE