1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF CAROL KLIGGE, | ) | 1:05cv1519 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER REMOVING PLAINTIFF'S "NOTICE |
| | ) | OF REMOVAL" FROM CALENDAR |
| v. | ) | |
| | ) | (Document 137) |
| FIDELITY MORTGAGE OF | ) | |
| CALIFORNIA, et.al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 5, 2007, the Court ordered Plaintiff to file a motion to remand this action or submit a stipulation to do so within 45 days.  Plaintiff failed to do so within this time frame.

Defendant Charlotte D. Rupp filed a motion to dismiss the first amended complaint with prejudice on June 15, 2007, based on Plaintiff's failure to prosecute the action and failure to comply with the Court's February 5, 2007, order.  The motion is set for hearing on September 10, 2007, before the Honorable Anthony W. Ishii.

On June 25, 2007, Defendant Carequest, Inc. dba Carescope filed a similar motion to dismiss.  The motion is set for hearing on August 27, 2007.

Plaintiff filed a document entitled "Notice of Notice of Removal of Federal Action Under 28 U.S.C. § 1441(b)" on June 27, 2007.  The document references both removal and remand, and is confusing, at best.

Having read and considered the parties' arguments relating to Plaintiff's June 27, 2007, filing, the Court orders the "motion" REMOVED from the July 27, 2007, hearing calendar, due to the pending motions to dismiss.  The motion may be re-noticed at a later date, should it be necessary.

IT IS SO ORDERED.

**Dated:**   **July 23, 2007**                    **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE