1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ESTATE OF CAROL KLIGGE,** | ) | **CIV F 05-1519 AWI DLB** |
| | ) | |
| **Plaintiff,** | ) | **ORDER VACATING** |
| | ) | **HEARING DATE OF AUGUST** |
| **v.** | ) | **27, 2007, AND** |
| | ) | **CONSOLIDATING HEARINGS** |
| **FIDELITY MORTGAGE OF** | ) | **ON MOTIONS TO DISMISS** |
| **CALIFORNIA, et al.** | ) | **ON SEPTEMBER 10, 2007** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

This is an action by the estate of Carol Kligge ("Plaintiff") against a number of institutions for the alleged failure of the institutions to adequately protect Carol Kligge's financial interests and against several individuals for fraud or failure to protect from the fraud of others.  Currently before the court are motions to dismiss for lack of prosecution by individual defendant Charlotte Rupp and institutional defendant Carescope.  Hearing on the motion by Charlotte Rupp has been set for September 10, 2007, and the hearing on the motion by Carescope has been set for August 27, 2007.  In the interest of efficient management of its judicial resources, the court has determined that these two motions should be heard at the same time. The court will therefore vacate the hearing on August 27, 2007, and will consolidate hearings on both motions to dismiss on September 10, 2007.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27,

1  2007, is hereby VACATED, and no party shall appear at that time.  The court will hear oral

2  argument on the motions to dismiss by both Charlotte Rupp and Carescope on September 10,

3  2007, at 1:30 p.m. in courtroom 2.

4

5  IT IS SO ORDERED.

6  **Dated:    August 13, 2007**                          **/s/ Anthony W. Ishii**
                                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2