1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ESTATE OF CAROL KLIGGE, | ) | CIV F 05-1519 AWI DLB |
| Plaintiff, | ) | |
| | ) | ORDER VACATING |
| v. | ) | HEARING DATE OF |
| | ) | DECEMBER 17, 2007, AND |
| | ) | DIRECTING SUBMISSION OF |
| FIDELITY MORTGAGE OF | ) | NOTICES OF OPPOSITION |
| CALIFORNIA, et al. | ) | OR NON-OPPOSITION |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

17    In this is an action for damages by the estate of Carol Kligge ("Plaintiff"), the court heard

18  oral arguments on Defendants' motions to dismiss for lack of prosecution and related arguments

19  on September 12, 2007.  The court denied Defendants motions to dismiss and awarded sanctions

20  against Plaintiff.  The court also directed that a stipulation of remand be submitted to the court

21  not later than October 10, 2007.  On October 30, 2007, Plaintiff noticed a motion to remand and

22  notified the court that one or more of the Defendant parties had declined to stipulate to the

23  remand.  Plaintiff therefore intends to proceed by way of motion to accomplish the remand of

24  this case to the superior court.  To date, a statement of non-opposition to the motion for remand

25  from individual defendant Rupp has been received.  No other filings pertaining to Plaintiff's

26  motion to remand has been received from any other Defendant party.  The court has received

27  Defendant attorney's statements of expenses in support of the award of sanctions and has

28  received Plaintiffs' objections thereto.

1    The court wishes to avoid any possible confusion or misunderstanding in the disposition

2  of this case.  Therefore,  the court requests notice from each of the remaining Defendant parties

3  as to their opposition or non-opposition to Plaintiff's motion to remand.  The court has reviewed

4  the documents that have been filed with the court to this point and has determined that Plaintiff's

5  motion to remand will be suitable for decision without oral argument subject to review of the

6  parties' notices of opposition or non-opposition.  Should the court later determine upon review of

7  all submitted documents that oral argument is appropriate, the parties will be notified and the

8  matter will be scheduled for oral argument.  Local Rule 78-230(h).

9

10    THEREFORE, it is hereby ordered that:

11  1.    The previously set hearing date of December 17, 2007, is VACATED, and no party shall

12        appear at that time.

13  2.    The Defendant parties shall file statements of opposition or non-opposition to Plaintiff's

14        motion to remand within ten (10) days of the date of filing of this order.  If no response is

15        received within the ten-day period, the court will assume non-opposition by the non-

16        responding party.  Defendant Charlotte Rupp need not respond to this order, as her

17        statement of non-opposition has been received.

18  3.    As of Friday, December 28, 2007, the court will take the matter under submission and

19        will thereafter render its decision.

20

21  IT IS SO ORDERED.

22  **Dated:    December 12, 2007**                **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28                                      2